## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

                              Plaintiff,

v.                                    Case No.: 4:10–cv–01721

                                    Judge Keith P Ellison

All Claimants

                              Defendant.

TYPE OF CASE:                Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/13/10

**TIME:** 12:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   May 13, 2010

                                        David Bradley, Clerk