| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-1721 |
|---|---|---|---|
| In Re the Complaint and Petition of Triton Asset Leasing GmBH, et al ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Evans Martin McLeod<br>Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534<br>(504) 566-1311<br>Louisiana Bar Roll No. 24846 |
|---|---|
| Seeks to appear for this party: | Triton Asset Leasing GmBH, et al. |
| Dated:  5/13/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____           _____
                                        United States District Judge