IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § § § § | C.A. NO. 10-1721<br><br>Fed. R. Civ. P. 9(h)<br><br>IN ADMIRALTY |

## MONITION

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO THE MARSHAL OF THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS:

**GREETINGS:**

WHEREAS, a Complaint and Petition was filed in the United States District Court for the Southern District of Texas, Houston Division, by Petitioners, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the MODU *Deepwater Horizon*, her engines, gear, tackle, appurtenances, etc., praying for exoneration from or limitation of liability in respect of any loss of life, injury, loss, destruction and damage, arising from the said vessel's operations on the voyage commencing January 30, 2010, in the vicinity of Mississippi Canyon Block 727 and terminating on or about April 22, 2010, in the vicinity of Mississippi Canyon Block 252, praying that a Monition issue out of this Court directing that notice be published citing all persons claiming damages by reason of the matters aforesaid to file their respective claims with the Clerk of this Court under oath, and to

[1]

answer the allegations of the Complaint and Petition, and if it shall appear that Petitioners were not and are not liable for any such loss, damage, injury, or death arising out of said voyage, it may be so finally decreed by this Court; and

WHEREAS Petitioners have filed in the office of the Clerk of this Court affidavits that the amount or value of Petitioners' interest in the MODU *Deepwater Horizon* and her pending freight immediately following the events in question was TWENTY-SIX MILLION, SEVEN HUNDRED SIXTY-FOUR THOUSAND AND EIGHTY-THREE AND NO/100 DOLLARS ($26,764,083.00), and the Court having directed by order made and entered on the 13th day of May, 2010, that a monition directing that notice issue against all persons claiming loss of life, injury, loss, destruction and damage occasioned or arising out of the voyage in question as aforesaid, citing them to file their respective claims with the Clerk of this Court under oath, as provided in the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and requiring any person who desires to contest Petitioners' exoneration from or limitation of liability to file an Answer to the Complaint and Petition and to serve on or mail to attorneys for Petitioners a copy thereof on or before said date;

YOU ARE THEREFORE COMMANDED to give notice to all persons claiming damage for any loss, damage, injury, death, or destruction done, occasioned or incurred by reason of or arising during the said voyage to file their respective claims under oath with the Clerk of the Court as provided by the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to serve on or mail to counsel for Petitioners, Frank A. Piccolo, Preis & Roy, APLC, Wesleyan Tower, 24 Greenway Plaza, Suite 2050, Houston, Texas 77046, a copy thereof on or before the 15 day of November, 2010, or be defaulted. The form of the Notice shall be substantially as follows:

[2]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. 10-1721  Fed. R. Civ. P. 9(h)  IN ADMIRALTY |

## NOTICE OF COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**NOTICE IS HEREBY GIVEN** that Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the MODU *Deepwater Horizon*, her engines, gear, tackle, appurtenances, etc., have filed a Complaint and Petition pursuant to Title 46, U.S. Code, Sections 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims for any loss of life, injury, loss, destruction and damage arising out of or occurring on the voyage of the MODU *Deepwater Horizon* encompassing the dates January 30, 2010, through April 22, 2010, as more fully described in Petitioners' Complaint and Petition.

All persons having such claims must file them under oath, as provided in Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Houston, Texas, and serve on or mail a copy of said claim on Petitioners' attorney, Frank A. Piccolo, Preis & Roy, APLC, Wesleyan Tower, 24 Greenway Plaza, Suite 2050, Houston, Texas 77046, on or before the _____ day of _____, 2010, or be defaulted in accordance with the provisions of Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Personal attendance is not required.

Any claimant desiring to contest the claims of Petitioner must file an answer to said Petition, as required by Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F(5), and serve on or mail a copy to Petitioners' attorney.

[3]

DONE at Houston, Texas, this 13th day of May, 2010.

HONORABLE DAVID J. BRADLEY
UNITED STATES DISTRICT CLERK

By: /s/ Stephanie D. Loewe
Deputy United States District Clerk

By: /s/
FRANK A. PICCOLO
TBN: 24031227
SBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 – Telephone
(713) 572-9129 – Facsimile

**ATTORNEY IN CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

YOU ARE ALSO COMMANDED to cite such claimants as desire to contest Petitioners' right to exoneration from or limitation of liability to appear and answer the Complaint herein on or before the last named date.

In what you have done in the premises, do you then make a return to this Court together with this writ.

[4]

Witness the Honorable Judge of the United States District Court for the Southern District of Texas, Houston Division, and the Seal of the Clerk thereof, at Houston, Texas, in the said District, this 13th day of May, 2010.

HONORABLE DAVID J. BRADLEY
UNITED STATES DISTRICT CLERK

By: Stephanie D Locuve
Deputy United States District Clerk