| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-1721 |
|---|---|---|---|
| In Re the Complaint and Petition of Triton Asset Leasing GmbH, et al | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Evans Martin McLeod<br>Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA  70130-6534<br>(504) 566-1311<br>Louisiana Bar Roll No. 24846 |
|---|---|
| Seeks to appear for this party: | Triton Asset Leasing GmbH, et al. |
| Dated:  5/13/2010 | Signed: |

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 5-14-10 | Clerk's signature: *Stephanie D Loewe* |

Order

This lawyer is admitted *pro hac vice*.

Dated: 14 May 2010

United States District Judge