IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § | C.A. NO. 4:10-cv-01721<br><br>Fed. R. Civ. P. 9(h)<br><br>IN ADMIRALTY |

## PETITIONERS' NOTICE IN AID OF THE COURT'S JURISDICTION AND CONCURSUS

TO: THE HON. KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE

COMES NOW, PETITIONERS, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., filing this, their Notice in Aid of the Court's Jurisdiction and Concursus, and further thereto would respectfully show the Court as follows:

### I.

### PROCEDURAL HISTORY

1. Petitioners filed their Complaint and Petition for Exoneration from or Limitation of Liability under 46 U.S.C. § 30501, *et seq.*, in this Honorable Court on May 13, 2010, **[Rec. Doc. No. 1]**.

2. On that same date, the Court signed and entered an Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims **[Rec. Doc. No. 9]**. The said Order provided, among other things, that:

[1]

> [T]he beginning or continued prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever, in any jurisdiction except in this action, against Petitioners, the MODU *Deepwater Horizon, in rem*, their agents, officers, representatives, and their underwriters or against any employee or property of the Petitioners, or any other person whatsoever for whom Petitioners may be responsible, in respect of any claim arising out of, consequent upon, or in connection with the aforesaid voyage of the MODU *Deepwater Horizon*, be, and they are hereby ENJOINED, STAYED and RESTRAINED until the hearing and termination of this proceeding.

*See id.* at pp. 4.

## II.

## FILING IN DEROGATION OF THE COURT'S ORDER

3. Also on May 13, 2010, Petitioners Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc. filed this Court's May 13, 2010, Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims in C.A. No. 1:10-cv-00176-HSO-JMR; *Cajun Maid, LLC, et al. v. BP, PLC, et al.* [Cajun Main Litigation], an action on file against Petitioner, among others, in the United States District Court for the Southern District of Mississippi.[1]

4. On May 14, 2010, and in derogation of this Court's Order, Plaintiffs in the Cajun Maid Litigation filed a Motion for Emergency Relief to Declare Transocean Offshore Deepwater Drilling Inc.'s and Transocean Deepwater Inc.'s Notice of Filing to be null and Void, along with a Memorandum in Support thereof.[2] In their Memorandum in Support, the Cajun Maid Plaintiffs aver that Petitioners Limitation of Liability Action should be declared null and void because

---

[1] A Copy of Petitioners' Notice in the Southern District of Mississippi is attached hereto as Exhibit "A".
[2] A copy of the Cajun Maid Plaintiffs' motion and memorandum in support are attached hereto, collectively, as Exhibit "B".

[2]

claims asserted under the Oil Pollution Act of 1990, 33 U.S.C § 2701, *et seq.*, are excluded from the procedural stay provided for under the Limitation of Shipowner's Liability Act of 1851.[3]

### III.

### CLARIFICATION OF PETITIONERS LIMITATION FILING

5. For the purpose of clarification and to avoid additional premature filings in derogation of the Court's Order herein, Petitioners hereby confirm that their Complaint and Petition for Exoneration from or Limitation of Liability is filed for the purpose of seeking exoneration or limitation with respect to any and all losses and damages, if any, which occurred during the voyage in question, including, without limitation, any claims asserted under the Oil Pollution Act of 1990, 33 U.S.C § 2701, *et seq.*, for hydrocarbons emanating from the sea floor, for which Petitioners have not been designated as a responsible party under the Oil Pollution Act of 1990, 33 U.S.C § 2701, *et seq.*

6. Petitioner Transocean Holdings LLC (incorrectly designated a responsible party as "Transocean Holdings Inc." solely with respect to alleged discharges from the MODU Deepwater Horizon on or above the surface of the water) hereby confirms that nothing in its Complaint and Petition for Exoneration from or Limitation of Liability is filed in derogation of the administrative procedures or requirements of the Oil Pollution Act of 1990, 33 U.S.C § 2701, *et seq.*, all of which will be more fully set forth in response to a proper filing by the Cajun Maid Plaintiffs in this Honorable Court.

---

[3] *See* Exhibit B, Memorandum in Support, *passim.*

[3]

IV.

**PRAYER**

7.      WHEREFORE, PREMISES CONSIDERED, Petitioners pray that the Court take notice of this filing in aid of the Court's Jurisdiction and Concursus, and that Petitioners have such other and further relief, both at admiralty and in equity, to which they may show themselves to be justly entitled.

Respectfully submitted:

By: _____
FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 – Telephone
(713) 572-9129 – Facsimile

**ATTORNEY IN CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

[4]

**OF COUNSEL:**

EDWARD F. KOHNKE, IV
*Pro Hac Vice* Admission Requested
LBN: 07824
nkohnke@preisroy.com
EDWIN G. PREIS, JR.
TBN: 24029069
SDBN: 16834
epreis@preisroy.com
RICHARD J. HYMEL
*Pro-Hac Vice* Admission requested
TBN: 24038190
CARL J. HEBERT
LBN: 06724
SDBN: 15985
PREIS & ROY, APLC
102 Versailles Blvd., Suite 400
Lafayette, Louisiana 70509
(377) 237-6062 – Telephone
(377) 237-9129 – Facsimile

INNES MACKILLOP
TBN# 12761800
SDTX # 444
WHITE MACKILLOP & GALLANT P.C.
2200 West Loop South, Suite 1000
Houston, TX 77027
(713) 599-0211
(713) 599-1355
imackillop@wmglegal.com

[5]

GEORGE M. GILLY
LBN:6234
SDTX ID No. 16885
gillyg@phelps.com
EVANS MARTIN MCLEOD
LBN:24846
SDTX *Pro Hac Vice* Admission requested
mcleodm@phelps.com
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
and
MARC G. MATTHEWS
TBN: 4055921
SDTX ID No. 705809
marc.matthews@phelps.com
700 Louisiana, Suite 2600
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

[6]