UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re: The Complaint and Petition of TRITON ASSET LEASING GmbH, et al. ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Robert T. Cunningham<br>Cunningham Bounds, LLC<br>1601 Dauphin Street<br>Mobile, Alabama 36660<br>251-471-6191<br>Alabama #ASB-6008-C41R<br>Alabama Federal Court #CUNNR6008 |
|---|---|
| Seeks to appear for this party: | Billy Wilkerson, a plaintiff in other litigation and potential claimant in this Limitation proceeding |
| Dated: 5/17/10 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order                          This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                          United States District Judge