UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re: The Complaint and Petition of TRITON ASSET LEASING GmbH, et al. ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | George W. Finkbohner, III<br>Cunningham Bounds, LLC<br>1601 Dauphin Street<br>Mobile, Alabama 36660<br>251-471-6191<br>Alabama #ASB-0362-R78G<br>Alabama Federal Court #FINKG0362 |
|---|---|
| Seeks to appear for this party: | Billy Wilkerson, a plaintiff in other litigation and potential claimant in this Limitation proceeding |
| Dated: 5/17/10 | Signed: |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order    This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                     United States District Judge