# Deepwater Horizon impacts Coastal Louisiana

### Comments prepared by

### Eldon C. Blancher II, Ph.D.
### Sustainable Ecosystem Restoration, LLC
### 15 May 2010

On April 20, 2010, an explosion occurred on the Deepwater Horizon Drilling Rig, located in Block 252 in the Mississippi Canyon section of the Gulf of Mexico, approximately 50 miles south of the mouth of the Mississippi River.  The rig was in the process of finishing an exploratory oil well.   After burning for hours, the rig capsized and sank on 22 April, 2010, and came to rest on the bottom, 5,000 ft below the surface of the Gulf of Mexico. Oil leaks, spilling from 2 leaks in the riser pipe and blow out protector,  continue to flow into the water column in Block 252.  Various agencies of the Federal Government are closely following the ongoing activities as depicted in Figure 1, which is a recent oil spill trajectory map, prepared daily by the National Oceanographic and Atmospheric Administration (NOAA), showing the location of the rig in offshore Louisiana waters and affected areas including expected impact areas on the coast of Louisiana.



**Figure 1.  Oil Trajectory Map as prepared daily by NOAA (NOAA, 2010).**

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010

The Deepwater Horizon catastrophe occurred in the offshore coastal waters of Louisiana as defined by Outer Continental Shelf (OCS) regulations (MMS, 2010) as depicted by Figure 2.    According to Minerals Management Service (MMS), "Pursuant to OCSLA (43 U.S.C. 1340) and 30 CFR 250.203, an Exploration Plan (EP) and its supporting information must be submitted for approval to MMS before an operator may begin exploratory drilling on a lease". Further, MMS States "The revised rule provides for submission of supporting information for MMS and State CZM evaluation as outlined in 30 CFR 250.203(b)(1) through (21)". Since offshore actions affect the State of Louisiana, this process was submitted for review through the authorized Coastal Zone Management Authority (CZMA) in that State, and other affected States. The CZMA also provides for review and approval of plans to prevent impacts, as stated by MMS again;

> "The supporting information provides an analysis of both offshore and onshore impacts that may occur as a result of implementation of the plan. In accordance with the CZMA, as amended, EP's requiring State review must contain a certification of consistency with approved CZM programs of States that could be affected by the exploration activities. States with approved programs may take up to 6 months for consistency reviews but must agree with or request an extension within 3 months after receipt of the EP. In the Gulf of Mexico, Louisiana, Mississippi, Alabama, and Florida have federally approved CZM programs. The guidelines and environmental information requirements for lessees and operators submitting an EP are discussed further in Section I.B.3.d.(1)(e)".

It appears Texas has no approved CZM plan and thus has no authority to comment on offshore Louisiana Activities in this situation.

The Louisiana Coastal Management Zone is the primary impact area in the Deepwater Horizon Catastrophe (Figure 3). Regulations, public announcements and other notifications are all required for the affected coastal zone boundaries, as defined by the CZMA, in this case, Louisiana, from any OCS activities and particularly from the events that are now occurring.    The extension of the State's boundaries for purposes of revenue sharing under the Coastal Energy Impact Fund (CEIP) passed by Congress for this area would also reside within Louisiana's CZM boundary (Clayton,1996).

From the earliest days of the Deepwater Horizon Catastrophe, the impacts of the spill have impinged primarily on the Louisiana Coast and continue to affect the coastline as depicted in the spill trajectory maps prepared by the National Oceanographic and Atmospheric Administration (NOAA) Figure 4.  Additional trajectory maps are available in the

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



**Figure 2.  Offshore Designations by Mineral Management Services (Source:  MMS Website, 15 May 2010)**



**Figure 3.  Coastal Zone Management Areas of Louisiana**

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010

appendix of this report. It is clear that the Louisiana Coastal Zone and particularly its extremely sensitive coastal wetlands and estuarine nursery areas are where the primary impacts have been and will continue to be felt.



**Figure 4. Trajectories for Oil Spill Plume from April 29th and May 15th, 2010, Showing Impingement on the Louisiana Coast Source (NOAA, 2010).**

The emulsified oil has already impacted the Louisiana coastline at multiple points as evidenced by the photos obtained by various State and Federal observation teams dispatched along the Louisiana Coast (Figure 5). It is expected that as long as well leaks continue to flow, the impacts will increase primarily along coastal Louisiana. If unabated, the impacts to the ecologically sensitive coast including the principal nursery grounds for much of Louisiana's coastal fisheries will likely be devastating. In fact, to date, the closure of fisheries in both State and Federal waters adjacent to the coast has already caused economic impacts to coastal fishermen, restaurants and tourism. The extent of the fisheries closures depicted in the maps in Figures 6 and 7, continues to increase as the accumulation of oil in the Gulf of Mexico continues. Figure 7 depicts the areas closed by Federal Action as of 14 May 2010.

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



Figure 5.  Oil Emulsion observed on Chandeleur Islands, Louisiana (LaGOHSEP Website, 2010).



Figure 6.  Summary of Closures as mapped by the Louisiana Wildlife and Fisheries, 12 May 2010.

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



**Figure 7. Fisheries Closure Boundaries as of 14 May 2010, (NOAA, 2010).**

The total area of fishing closures continues to expand, as of 15 May 2010 the area represents over 21,000 square miles of closed fishing grounds (Figure 8). Simultaneously the ecological and economic losses continue to increase.  In fact, because of the oil spill, Bobby Jindal, Governor of Louisiana, has requested that the Secretary of the Department of Commerce to declare a fisheries disaster in Louisiana coastal waters due to the spill (Reference:  State of Louisiana Emergency Website http://emergency.louisiana.gov/Releases/05142010-letter.html).  No such closure impacts the coast of Texas.

It is clear that the impacts from these closures will have negative economic impacts as a result of loss of revenue which will most severely impact Louisiana fishermen and other businesses.  The cumulative plume of the oil spill from more than nearly a month of discharge, unabated from a well leak that no-one can agree to its volume will certainly have serious and long lasting impacts on Louisiana's fishing industry (see Figures 9 and 10).   Not only are the impacts directly in the areas closest to the largest concentrations

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010

of Louisiana fishermen, but they are also located within the nursery and harvesting areas where important Louisiana dockside fisheries landings (especially the landings of oysters, blue crabs and menhaden which have the greatest value to Louisiana fishermen) are realized (Sea Grant Fisheries Landing Summary Sheet, Appendix B). By far, the State of Louisiana, and particularly the fishermen of Louisiana, have the most to lose and the most natural resources at stake from this unprecedented disaster.



Figure 8. Chronological increase in Fisheries closure areas, as measure in square miles including Louisiana (LWLF, 2010) closures and Federal Closures (NOAA, 2010b). To date no other State closures are in effect.

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



Figure 9.  Cumulative Trajectories of Oil Spill Plume for the Deepwater Horizon, as of 14 May 2010 (Data Layer Source: Louisiana Governors Office of Homeland Security  Website) .



Figure 10.  Fishery Closure Overlays over the cumulative spill location images. (Data Layer Source: Louisiana Governors Office of Homeland Security Website, 2010).

Deepwater Horizon Impacts Coastal Louisiana
May 15, 2010

# REFERENCES

Clayton, C.G. 1996.  The Historic Development of Seaward Boundaries: Implications for Louisiana.  Louisiana Coastal Law. December 1996. Pages 1-12.

Lousiana Department of Wildlife & Fisheries. 2010.  Website. http://www.wlf.louisiana.gov/oilspill/

Louisiana Governor Office Department of Homeland Security. 2010. Official Website. http://gohsep.la.gov/oilspill.aspx

Mineral Management Service, 2010. WEBSITE accessed 15 May 2010 http://www.gomr.mms.gov/homepg/regulate/regs/laws/postsale.html .

National Oceanographic and Atmospheric Administration. (NOAA) 2010. Oil Spill Website http://response.restoration.noaa.gov/topic_subtopic_entry.php?RECORD_KEY(entry_subtopic_topic)=entry_id,subtopic_id,topic_id&entry_id(entry_subtopic_topic)=809&subtopic_id(entry_subtopic_topic)=2&topic_id(entry_subtopic_topic)=1 .

National Oceanographic and Atmospheric Administration (NOAA). 2010b. http://sero.nmfs.noaa.gov/deepwater_horizon_oil_spill.htm

State of Louisiana 2010.  Official Emergency Website. http://emergency.la.gov/

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010

**Appendices:**

Appendix A.  Additional Maps

MMS Planning Areas ...............................................................................Page 11

NOAA Fisheries Closing Maps ..................................................................Page 12

Louisiana Wildlife and Fisheries Closure Maps..........................................Page 14

NOAA Trajectory Maps.............................................................................Page 16

Appendix B.  Fisheries Landing Data.........................................................Page 18

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



**MMS Gulf of Mexico Region
Planning Areas and Active Leases
January 22, 2010**

| Planning Area | Total Blocks | Total Acres | Number of Leases | Acres Leased |
|---|---|---|---|---|
| Westen Planning Area | 5,240 | 28,576,583 | 1,651 | 9,269,148 |
| Central Planning Area | 12,409 | 66,452,086 | 4,863 | 25,611,957 |
| Eastern Planning Area | 11,526 | 64,556,650 | 122 | 659,264 |
| Totals | 29,175 | 159,585,319 | 6,636 | 35,540,369 |
| CPA, EPA Shared Blocks | (86) | | (9) | |
| Totals | 29,089 | 159,585,319 | 6,627 | 35,540,369 |

— Planning Area Boundary
▢ Active Lease

Note:
CPA and EPA contain 86 shared blocks of which 9 are leased. These blocks are given both a CPA and EPA designation in the data which accounts for a higher block total.

MAU GOM PA  1/22/2010

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010





Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010





Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



**State and Federal Closure Areas**
May 15, 2010

SOURCES: LDWF, NOAA, ESRI, US Census, BP



MAY 12, 2010

**LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES
RECREATIONAL & COMMERCIAL FISHING CLOSURE**

Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010





Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010



Deepwater Horizon Impacts Coastal Louisiana

May 15, 2010

**Mississippi Canyon 252**

NOAA/NOS/ORR
Estimate for: 1800 CDT, Friday 4/30/10
Date Prepared: 0641 CDT, Thursday 4/29/10

This forecast is based on the NWS spot forecast from Thursday, April 29 AM. Currents were obtained from the NOAA Gulf of Mexico model, Texas A&M TGLO, and NAVO models. The model was initialized from overflight data from the afternoon of April 28, and satellite imagery and analysis provided by NOAA NESDIS obtained the morning of April 29. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initializations).



Forecast is for increasing SE winds today and then strong, persistent SE winds of 15-25 kts from tonight through Saturday night. These winds will continue to bring the oil towards the shoreline. Satellite imagery from this morning indicates the western edge of the oil is 7-8 miles from the Delta, but oil was observed during overflights yesterday afternoon several miles off SE pass in the Mississippi River convergence – this could be the leading edge of the tarballs becoming concentrated in this region. Shoreline impacts could hence occur as early as this morning, if the onshore winds are strong enough for the oil to escape the convergence zone. Shoreline impacts become increasingly likely later in the day and into Friday with the strengthening onshore winds. Morning overflight observations will be critical in assessing the strength of the convergence zone.

this scale bar shows the meaning of the distribution terms at the current time

**Mississippi Canyon 252**

NOAA/NOS/ORR
Estimate for: 1800 CDT, Saturday 5/01/10
Date Prepared: 0641 CDT, Thursday 4/29/10

This forecast is based on the NWS spot forecast from Thursday, April 29 AM. Currents were obtained from the NOAA Gulf of Mexico model, Texas A&M TGLO, and NAVO models. The model was initialized from overflight data from the afternoon of April 28, and satellite imagery and analysis provided by NOAA NESDIS obtained the morning of April 29. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initializations).



Forecast is for increasing SE winds today and then strong, persistent SE winds of 15-25 kts from tonight through Saturday night. These winds will continue to bring the oil towards the shoreline. Satellite imagery from this morning indicates the western edge of the oil is 7-8 miles from the Delta, but oil was observed during overflights yesterday afternoon several miles off SE pass in the Mississippi River convergence – this could be the leading edge of the tarballs becoming concentrated in this region. Shoreline impacts could hence occur as early as this morning, if the onshore winds are strong enough for the oil to escape the convergence zone. Shoreline impacts become increasingly likely later in the day and into Friday with the strengthening onshore winds. Morning overflight observations will be critical in assessing the strength of the convergence zone.

this scale bar shows the meaning of the distribution terms at the current time

Deepwater Horizon Impacts Coastal Louisiana
May 15, 2010

Appendix B.

Dockside* fisheries landings by quantity and value for the U.S Gulf of Mexico (NMFS 2008)
*harvest values only, does not include economic multipliers for value added uses

| | All fisheries species | | Shrimp (all species) | | Eastern Oysters | | Crabs (all species) | | Menhaden | | Recreational Fishing | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | lbs | $ | lbs | $ | lbs | $ | lbs | $ | lbs | $ | Marine Anglers** | Charter captains*** |
| Texas | 73,068,238 | $176,099,806 | 60,303,167 | $157,141,240 | 2,070,207 | $8,635,072 | 7,638,445 | $2,354,060 | 0 | 0 | 1,147,000 | 1,075 |
| Louisiana | 918,469,057 | $373,882,686 | 89,268,011 | $130,622,865 | 12,778,311 | $38,818,250 | 41,561,394 | $32,032,188 | 738,092,100 | $41,764,240 | 289,000 | 681 |
| Mississippi | 203,422,602 | $43,506,487 | 8,570,031 | $12,146,081 | 2,048,349 | $6,869,160 | 450,037 | $486,756 | 189,317,937 | $18,533,550 | 66,000 | 72 |
| Alabama | 24,402,153 | $44,285,985 | 17,154,274 | $38,355,234 | 72,276 | $241,414 | 1,998,265 | $1,532,660 | 262,817 | $59,246 | 135,000 | 165 |
| W. Florida | 60,808,720 | $512,473,291 | 9,939,892 | $21,260,880 | 2,995,410 | $5,672,825 | 8,952,313 | $21,435,036 | 29,288 | $15,247 | 1,201,200 | 1,322 |
| Totals | 1,277,735,870 | $663,441,255 | 188,784,125 | $306,566,265 | 20,042,118 | $60,239,149 | 56,203,844 | $58,509,631 | 927,511,142 | $60,376,291 | 2,837,200 | 3,315 |



All Commercial Fisheries Species
Gulf Dockside Values by state (NMFS 2008)



Commercial Shrimp Species
Gulf Dockside Values by state (NMFS 2008)



Eastern Oysters
Gulf Dockside Values by state (NMFS 2008)



Crabs (all species)
Gulf Dockside Value by state (NMFS 2008)



Menhaden
Gulf Dockside Values by state (NMFS 2008)



Charter boat licenses
2009 licenses by state

* NMFS Fisheries Statistics
** 2006 data (USFW Survey on Hunting, Fishing, and Wildlife -Associated Recreation)
*** 2009 data (State based license sales)