| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re: The Complaint and Petition of TRITON ASSET LEASING GmbH, et al. ||||
| *versus* ||||
| ||||

| Lawyer's Name | Steven L. Nicholas |
|---|---|
| Firm | Cunningham Bounds, LLC |
| Street | 1601 Dauphin Street |
| City & Zip Code | Mobile, Alabama 36660 |
| Telephone | 251-471-6191 |
| Licensed: State & Number | Alabama #ASB-2021-N35S |
| Federal Bar & Number | Alabama Federal Court #NICHS2021 |
| Seeks to appear for this party: | Billy Wilkerson, a plaintiff in other litigation and potential claimant in this Limitation proceeding |
| Dated: 5/17/10 | Signed: *[signature]* |

The state bar reports that the applicant's status is: Active

Dated: 17 May 2010     Clerk's signature: Stephanie A. Loewe

| Order |

This lawyer is admitted *pro hac vice*.

Dated: 18 May 2010

*[signature]*
United States District Judge