UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|

In re: The Complaint and Petition of TRITON ASSET LEASING GmbH, et al.

*versus*

| Lawyer's Name | Robert T. Cunningham |
|---|---|
| Firm | Cunningham Bounds, LLC |
| Street | 1601 Dauphin Street |
| City & Zip Code | Mobile, Alabama 36660 |
| Telephone | 251-471-6191 |
| Licensed: State & Number | Alabama #ASB-6008-C41R |
| Federal Bar & Number | Alabama Federal Court #CUNNR6008 |
| Seeks to appear for this party: | Billy Wilkerson, a plaintiff in other litigation and potential claimant in this Limitation proceeding |
| Dated: 5/17/10 | Signed: [signature] |

The state bar reports that the applicant's status is: Active

Dated: 18 May 2010        Clerk's signature: Stephanie A. Loewe

Order

This lawyer is admitted *pro hac vice*.

Dated: 18 May 2010

[signature]
United States District Judge