UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re: The Complaint and Petition of TRITON ASSET LEASING GmbH, et al. ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Stephen C. Olen<br>Cunningham Bounds, LLC<br>1601 Dauphin Street<br>Mobile, Alabama 36660<br>251-471-6191<br>Alabama #ASB-7621-N64S<br>Alabama Federal Court #OLENS7621 |
|---|---|
| Seeks to appear for this party: | Billy Wilkerson, a plaintiff in other litigation and potential claimant in this Limitation proceeding |
| Dated: May 17, 2010 | Signed: Stephen C. Olen |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 18 May 2010    Clerk's signature: Stephanie D. Loewe |

Order

Dated: 17 May 2010

This lawyer is admitted *pro hac vice*.

_____
United States District Judge