UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

                      Plaintiff,

v.                                          Case No.: 4:10–cv–01721

                                                      Judge Keith P Ellison

All Claimants

                      Defendant.

TYPE OF CASE:                  Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/25/10

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 18, 2010

                                                                    David Bradley, Clerk