| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-cv-01721 |
|---|---|---|---|
| In re the Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard R. Kennedy<br>Richard R. Kennedy (APLC)<br>P.O. Box 3243<br>Layayette, LA 70502-3243<br>(337) 232-1934<br>Louisiana Bar Roll No. 07788 |
|---|---|
| Seeks to appear for this party: | Karl W. Rhodes |
| Dated: 05-19-10 | Signed: *[signature]* |
| The state bar reports that the applicant's status is: ||
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____

_____
United States District Judge