| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al. | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Neil F. Nazareth<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA  70130<br>504-581-9065<br>LA 28969<br>LA 28969 |
|---|---|
| Seeks to appear for this party: | Natalie Roshto |
| Dated:          5/18/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated:   5/20/10 | Clerk's signature: *[signature]* |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 20 May 2010

_____
United States District Judge