UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-cv-01721 |
|---|---|---|---|
| In re the Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard R. Kennedy<br>Richard R. Kennedy (APLC)<br>P.O. Box 3243<br>Layayette, LA 70502-3243<br>(337) 232-1934<br>Louisiana Bar Roll No. 07788 |
|---|---|
| Seeks to appear for this party: | Karl W. Rhodes |
| Dated: 05-19-10 | Signed: /s/ |

The state bar reports that the applicant's status is:

| Dated: 5/10/10 | Clerk's signature: /s/ |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 20 May 2010

_____
United States District Judge