IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF TRITON ASSET LEASING | § | |
| GmbH, TRANSOCEAN HOLDINGS LLC, | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING INC., AND TRANSOCEAN | § | C.A. NO. 4:10-CV-01721 |
| DEEPWATER INC., AS OWNER, | § | |
| MANAGING OWNERS, OWNERS PRO- | § | Fed. R. Civ. P. 9(h) |
| HAC VICE, AND/OR OPERATORS OF | § | |
| THE MODU DEEPWATER HORIZON, IN | § | |
| A CAUSE FOR EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |
| | § | IN ADMIRALTY |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Anthony G. Buzbee enters an appearance in this Court as counsel of record for certain Claimants, including but not limited to, Matthew Davis, Robert Hearn, Dennis Dewayne Martinez, Eugene Dewayne Moss, Samuel Wade Pigg, Micah Joseph Sandell, Stephen Davis, and Christopher Ryan Haire.

Anthony G. Buzbee's address and firm affiliation are as follows:

> Anthony G. Buzbee
> The Buzbee Law Firm
> State Bar No. 24001820
> S.D. Tex. I.D. No. 22679
> J.P. Morgan Chase Tower
> 600 Travis, Suite 7300
> Houston, Texas 77002
> Telephone: (713) 223-5393
> Facsimile: (713) 223-5909
> www.txattorneys.com

        Respectfully submitted,

        **THE BUZBEE LAW FIRM**

By:    */S/ Anthony G. Buzbee*
      Anthony G. Buzbee
      State Bar No. 24001820
      S.D. Tex. I.D. No. 22679
      J.P. Morgan Chase Tower
      600 Travis, Suite 7300
      Houston, Texas 77002
      Telephone: (713) 223-5393
      Facsimile: (713) 223-5909
      www.txattorneys.com

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Sean E. O'Rourke
State Bar No. 24046547
S.D. ID No. 685220

        **ATTORNEYS FOR CERTAIN CLAIMANTS**

        **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on this May 20, 2010, as set forth below:

        */S/ Anthony G. Buzbee*
        Anthony G. Buzbee