UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 2 1 2010

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul M. Sterbcow<br>Lewis, Kullman, Sterbcow & Abramson<br>601 Poydras Street, Suite 2615<br>New Orleans, Louisiana 70130<br>(504) 588-1500  sterbcow@lksalaw.com<br>Louisiana; Bar #17817<br>Eastern District of Louisiana; Bar #17817 |
|---|---|
| Seeks to appear for this party: | Michael Williams |
| Dated: 5/18/10 | Signed: [signature] |

| The state bar reports that the applicant's status is: active ||
|---|---|
| Dated: 5/21/10 | Clerk's signature: [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                               United States District Judge

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Louisiana

### CERTIFICATE OF GOOD STANDING

I, _Loretta G. Whyte_, *Clerk of this Court,*

certify that _Paul M. Sterbcow_, *Bar #* 17817,

*was duly admitted to practice in this Court on*

_10/16/1986_
DATE

*, and is in good standing as a member of the Bar of this Court.*

Dated at     New Orleans, Louisiana     on     05/17/2010
                    LOCATION                          DATE

Loretta G. Whyte
CLERK

*(signature)*
DEPUTY CLERK