IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY § § § § § § § § § § § | CIVIL ACTION NO. H-10-1721<br>FRCP 9(h) - ADMIRALTY |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Notice is hereby given that Innes Mackillop and Ronald L. White of White Mackillop & Gallant P.C. enter an appearance in this Court as co-counsel of record for Petitioners, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc.

Messrs. Mackillop and White's address and firm affiliation are as follows:

> Innes Mackillop
> Texas Bar No. 1276180
> S.D. I.D. No. 444
> Ronald L. White
> Texas Bar No. 21328300
> S.D. I.D. No. 234
> White Mackillop & Gallant P.C.
> 2200 West Loop South, Suite 1000
> Houston, Texas 77027
> Telephone:   713/599-0211
> Facsimile:    713/599-1355
> Email: imackillop@wmglegal.com
> rwhite@wmglegal.com
> cherzing@wmglegal.com
> clangla@wmglegal.com

Respectfully submitted,

By: _____
Innes Mackillop
Texas Bar No. 1276180
S.D. I.D. No. 444
Ronald L. White
Texas Bar No. 21328300
S.D. I.D. No. 234
2200 West Loop South, Suite 1000
Houston, Texas 77027
Phone: 713/599-0211
Fax:   713/599-1355
Email: imackillop@wmglegal.com
       rwhite@wmglegal.com
       cherzing@wmglegal.com
       clangla@wmglegal.com
Co-counsel for Petitioners, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc.

OF COUNSEL
WHITE MACKILLOP & GALLANT P.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via Email, Certified Mail/RRR and/or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on May 21, 2010.

_____
Innes Mackillop