UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| | In re Triton Asset Leasing GmbH | | |
| | *versus* | | |
| | N/A | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | David A. Bagwell<br>400 Fairhope Ave., Ste 2E, Fairhope, AL 36532<br>P.O. Box 2126, Fairhope, AL 36533<br>Phone 251.928.2970<br>Licensed Alabama No. ASB-4453-W69D<br>U.S. Dist. Ct. S.D.AL No. BAGWD4453 |
|---|---|
| Seeks to appear for this party: | Billy Wilkerson |
| Dated:  5/24/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                    United States District Judge