UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re Complaint and Petition of TRITON ASSET LEASING, GmbH, et al. § § § § § § § § § | Civil Action No. 4:10-cv-01721<br><br>Relates to the following USDC-EDLA Civil Actions:<br>No. 2:10-cv-01273<br>No. 2:10-cv-01295<br>No. 2:10-cv-01324 |

## NOTICE OF JOINDER, SUBJECT TO THEIR MOTION TO DISMISS, OF CERTAIN PLAINTIFFS IN THE MOTION TO TRANSFER OF THE GREGORIE, et al. PLAINTIFFS

On May 21, 2010, the William D. Gregorie, et al. Plaintiffs[1] filed a Motion to Transfer in this proceeding.

Subject to their Motion to Dismiss pending before this Court, counsel for the Plaintiffs listed below files this Notice of Joinder in the substance of the Gregorie Motion and its Memorandum in Support.

Dated: May 24, 2010.

---

[1] The Motion was filed by William D. Gregorie, Veronica G. Stelly and Toby Stelly (USDC-ED La. 2:10-CVB-01351); Michelle M. Jones, individually and as personal representative of her minor son, Stafford Hess Jones (USDC-ED La. 2:10-CV-01156, combined with 2:10-CV-01196); Acy J. Cooper, et al. (USDC ED La. 2:10-CV-01229); Troy Wetzel, et al. (USDC ED La. 2:10-CV-01222); Raymond Duet, et al. (USDC ED La. 2:10-CV-01519); Gulf Crown Seafood, Inc. (USDC ED La. 2:10-CV-01344); Isadore Creppel (USDC ED La. 2:10-CV-01346); Charles Schmalz, et al. (USDC ED La. 2:10-CV-01452); Ben Robin, et al. (USDC ED La. 2:10-CV-01248); Charles Elmer, et al. (USDC ED La. 2:10-CV-01515); Robin Seafood Co., Inc., et al. (USDC ED La. 2:10-CV-01314); Virginia Stevens (cause number unknown); Friloux, et al. (USDC ED La. 2:10-CV-01246); and Mitchell, et al. (USDC ED La. 2:10-CV-01472).

Respectfully submitted,

*[signature: Thomas E. Bilek]*

THOMAS E. BILEK
State Bar of Texas No. 02313525
Federal Bar No. 9338
808 Travis, Suite 802
Houston, Texas 77002
(713) 227-7720
FAX (713) 227-9404
tbilek@bileklaw.com

*Attorney-in-Charge for Putative Claimants, Ray Vath, the Louisiana Environmental Action Network, Inc., Charles Robin, III, Lisa Robin, and George Barisich, individually and on behalf of the United Commercial Fisherman's Association, Inc.*

OF COUNSEL:

**KELLY COX BILEK**
State Bar of Texas No. 00786286
The Bilek Law Firm, L.L.P.
808 Travis, Suite 802
Houston, Texas 77002
(713) 227-7720
FAX (713) 227-9404
kbilek@bileklaw.com

**JAMES M. GARNER (TX Bar No. 00792312; Fed. Bar No. 13895)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
**EMMA ELIZABETH ANTIN DASCHBACH (# 27358)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
tfrancis@shergarner.com
jforce@shergarner.com
swilliams@shergarner.com
bdaschbach@shergarner.com

**GLADSTONE N. JONES III (# 22221)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H. S. BARTLETT III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
gjones@jonesswanson.com
egarrison@jonesswanson.com
khuddell@jonesswanson.com
tbartlett@jonesswanson.com
jstump@jonesswanson.com

**STUART H. SMITH (# 17805)**
**MICHAEL G. STAG (# 23314)**
Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
ssmith@smithstag.com
mstag@smithstag.com

**VAL PATRICK EXNICIOS (# 19563)**
**CARLOS ALBERTO RAMIREZ**
Liska, Exnicios & Nungesser
365 Canal Street, Suite 2290
New Orleans, Louisiana 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
vpexnicios@exnicioslaw.com
caramirez@exnicioslaw.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF system on May 24, 2010, which caused an electronic copy of same to be served automatically upon counsel of record.

_____
Thomas E. Bilek