| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

MAY 2 1 2010

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul M. Sterbcow<br>Lewis, Kullman, Sterbcow & Abramson<br>601 Poydras Street, Suite 2615<br>New Orleans, Louisiana 70130<br>(504) 588-1500  sterbcow@lksalaw.com<br>Louisiana; Bar #17817<br>Eastern District of Louisiana; Bar #17817 |
|---|---|
| Seeks to appear for this party: | Michael Williams |
| Dated: 5/18/10 | Signed: [signature] |

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 5/21/10 | Clerk's signature: [signature] |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: 24 May 2010

[signature]
United States District Judge