**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE EEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C.A. NO. 4:10-CV-01721  Fed. R. Civ. P. 9(h)   IN ADMIRALITY |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Thomas M. Sims enters an appearance in this Court as counsel of record for certain Claimants, including but not limited to, Sevel, Ship Island Excursions, Inc., Robert Graf, and Ernie Campo.

Thomas M. Sims's address and firm affiliation are as follows:

> Thomas M. Sims
> State Bar No. 24013518
> S.D. I.D. No. 31083
> Baron & Budd, P.C
> 3102 Oak Lawn Avenue, Suite 1100
> Dallas, TX 75219-4281
> (214) 521-3605 (Phone)
> (214) 520-1181 (Fax)
> TSims@baronbudd.com (email)

        Respectfully submitted,

        Baron & Budd, P.C.

    By:    /s/ *Thomas M. Sims*
            Thomas M. Sims
            State Bar No. 24013518
            S.D. I.D. No. 31083
            3102 Oak Lawn Avenue, Suite 1100
            Dallas, TX 75219-4281
            (214) 521-3605 (Phone)
            (214) 520-1181 (Fax)

        **ATTORNEYS FOR CERTAIN CLAIMANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of May, 2010, I electronically filed this pleading with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I will send a notice of this filing to all known non-CM/ECF users via U.S. Mail, facsimile or email.

        */s/ Thomas M. Sims*
        Thomas M. Sims