| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re Triton Asset Leasing GmbH ||||
| *versus* ||||
| N/A ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | David A. Bagwell<br>400 Fairhope Ave.,Ste 2E, Fairhope,AL 36532<br>P.O. Box 2126, Fairhope, AL 36533<br>Phone 251.928.2970<br>Licensed Alabama No. ASB-4453-W69D<br>U.S. Dist. Ct. S.D.AL No. BAGWD4453<br>david@bagwellesq.com |
|---|---|
| Seeks to appear for this party: | Billy Wilkerson |
| Dated: 5/24/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: Stephanie D. Loewe |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 25 May 2010 | *[signature]*<br>United States District Judge |