UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Andrew Blanchfield<br>Keogh, Cox & Wilson, Ltd.<br>701 Main Street<br>Baton Rouge, LA 70802<br>(225) 383-3796   225-343-9612(f)<br>Louisiana 16812<br>Louisiana 16812 |
|---|---|
| Seeks to appear for this party: | Michelle Jones |
| Dated: 5/24/2010 | Signed: [signature] |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 5-25-10 | Clerk's signature: Stephanie D. Loewe |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: 25 May 2010

[signature]
United States District Judge