IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C.A. NO. 10-1721 |
| PETITION OF TRITON ASSET LEASING | § | |
| GmbH, TRANSOCEAN HOLDINGS LLC, | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING INC., AND TRANSOCEAN | § | |
| DEEPWATER INC.,AS OWNER, MANAGING | § | Fed. R. Civ. P. 9(h) |
| OWNERS, OWNERS PRO-HAC VICE, | § | |
| AND/OR OPERATORS OF THE MODU | § | |
| DEEPWATER HORIZON, IN A CAUSE FOR | § | |
| EXONERATION FROM OR LIMITATION | § | |
| OF LIABILITY | § | IN ADMIRALTY |

## NOTICE OF APPEARANCE

PETITIONERS notify this Court and all parties and counsel of record that John M. Elsley, State Bar No. 06591950, Federal Bar No. 2828, of the law firm of Royston, Rayzor, Vickery & Williams, L.L.P., will be additional counsel representing Petitioner in this case.

Petitioners respectfully request this Court and all counsel of record update their data to include the following:

> John M. Elsley
> State Bar No.: 06591950
> SDBN: 2828
> Royston, Rayzor, Vickery & Williams, L.L.P.
> Pennzoil Place
> 711 Louisiana Street, Suite 500
> Houston, Texas 77002
> Telephone:  (713) 224-8380
> Facsimile:   (713) 225-9945
> E-mail:  john.elsley@roystonlaw.com

[1]

        Respectfully submitted,

        /s/ John M. Elsley
        John M. Elsley
        State Bar No.: 06591950
        SDBN: 2828
        Royston, Rayzor, Vickery & Williams, L.L.P.
        Pennzoil Place
        711 Louisiana Street, Suite 500
        Houston, Texas 77002
        Telephone:  (713) 224-8380
        Facsimile:   (713) 225-9945
        E-mail:  john.elsley@roystonlaw.com

**ATTORNEY FOR PETITIONERS**
**TRITON ASSET LEASING GMBH,**
**TRANSOCEAN HOLDINGS LLC,**
**TRANSOCEAN OFFSHORE DEEPWATER**
**DRILLING INC., AND**
**TRANSOCEAN DEEPWATER INC.**