IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF TRITON ASSET LEASING GmbH, | § | C.A. NO. 4:10-CV-1721 |
| TRANSOCEAN HOLDINGS LLC, | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING, INC., AND TRANSOCEAN | § | |
| DEEPWATER, INC., AS OWNER, | § | |
| MANAGING OWNER, OWNERS PRO-HAC | § | |
| VICE, AND/OR OPERATORS OF THE | § | |
| MODU DEEPWATER HORIZON, IN A | § | |
| CAUSE FOR EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | ADMIRALTY 9(h) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

The following attorney gives Notice of his Appearance in the above entitled and numbered suit as an attorney for Claimants Joshua Kritzer; Nickalus Watson; William P. Johnson; Heath Lambert; Coby Richard; Dustin Johnson; Brett Guillory; Stenson Roarke; Denise Arnold, mother of Shane Roshto; Jacquelyn Duncan; Cathleena Willis; Frank Ireland; Darren Costello; Carl Taylor; and Rhonda Burkeen, individually, and as personal representative for the Estate of Aaron Dale Burkeen and on behalf of all heirs (including AB and TB (minor children)).

>Jason Itkin
>State Bar No. 24032461
>Arnold & Itkin LLP
>1401 McKinney, Suite 2550
>Houston, Texas 77010
>(713) 222-3800 - telephone
>(713) 222-3850 - facsimile

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*

_____
Jason Itkin
State Bar No. 24032461
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:    (713) 222-3800
Facsimile:     (713) 222-3850

**ATTORNEYS FOR CLAIMANTS**

OF COUNSEL:
Kurt B. Arnold
State Bar No. 24036150
Cory Itkin
State Bar No. 24050808
Robert P. Wynne
State Bar No. 24060861
Paul Skrabanek
State Bar No. 24063005
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:    (713) 222-3800
Facsimile:     (713) 222-3850

**Certificate of Service**

     I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 26th day of May, 2010.

*/s/ Jason A. Itkin*

_____
Jason Itkin