| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | | | |
|---|---|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | | | |

| 1. NAME Elizabeth A. Alexander | 2. PHONE NUMBER 615-313-9000 | 3. DATE 5/26/2010 | |
|---|---|---|---|
| 4. MAILING ADDRESS 150 Fourth Ave. N. Ste 1650 | 5. CITY Nashville | 6. STATE TN | 7. ZIP CODE 37219 |
| 8. CASE NUMBER 4:10 CV 01721 | 9. JUDGE Ellison | DATES OF PROCEEDINGS | |
| | | 10. FROM 5/25/2010 | 11. TO 5/25/2010 |
| 12. CASE NAME Triton Asset Leasing GmbH et al | LOCATION OF PROCEEDINGS | | |
| | 13. CITY Houston | 14. STATE TX | |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Status conference | 5/25/2010 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |
| 14-Day | ☐ | ☐ | NO. OF COPIES |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES |
| DAILY | ☐ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |
| REALTIME | ☐ | ☐ | |

United States District Court
Southern District of Texas
FILED
JUN 1 2010
David J. Bradley, Clerk of Court

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]

19. DATE 5/26/2010

- ☒ EMAIL ONLY REQUIRED
- ☐ EMAIL AND HARD COPY REQUIRED
- ☐ EMAIL ADDRESS: ealexander@lchb.com

20. TRANSCRIPT TO BE PREPARED BY Fred Warner

| ORDER RECEIVED | | | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | LESS DEPOSIT | |
| | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY