IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

In re: The Complaint and Petition of )
TRITON ASSET LEASING GmbH, )
TRANSOCEAN HOLDINGS LLC, )          Case No. 4:10-cv-01721
TRANSOCEAN OFFSHORE )
DEEPWATER DRILLING INC., and )      In Admiralty
TRANSOCEAN DEEPWATER INC., as owner, )
managing owners, Owners Pro Hac Vice, )
and/or Operators of the )
MODU DEEPWATER HORIZON, )
in a cause for exoneration from )
or Limitation of Liability )

## SUGGESTION OF MOOTNESS BY CLAIMANT BILLY WILKERSON AS TO MOTION OF WILKERSON TO MODIFY INJUNCTION, AND MOTION OF TRANSOCEAN TO STRIKE BILLY WILKERSON'S MOTION TO MODIFY

Comes now Billy Wilkerson, claimant herein, and respectfully SUGGESTS

that the following two motions are MOOT:

1. The "Motion to Clarify or Modify Injunction" [Document 15] filed on

May 17, 2010, by Claimant Billy Wilkerson, which motion was rendered MOOT

by reason of the "First Amended Order", etc., entered by the Court on May 26,

2010 [Document 61];

2. The "Petitioners' Motion to Strike Improper Filings of Billy Wilkerson"

[sic][Document 40], filed by Petitioners on May 21, 2010, which motion was

rendered MOOT by the mootness of the underlying motion [see paragraph 1].

2

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Alabama State Bar Number ASB-2021-N35S
Attorney-in-Charge [motion pending]
[Pro Hac Vice Admission Requested]
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)

Of counsel:                          Of counsel:
Robert T. Cunningham                 David A. Bagwell
George W. Finkbohner, III            P.O. Box 2126
Stephen C. Olen                      Fairhope, AL 36533
Cunningham Bounds, LLC               251.928.2980
1601 Dauphin Street                  251.928.6597
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this June 1, 2010 electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding.

/s/ [electronic signature]
DAVID A. BAGWELL