IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF TRITON ASSET | § | |
| LEASING GmbH, TRANSOCEAN | § | |
| HOLDINGS, LLC, TRANSOCEAN | § | |
| DEEPWATER DRILLING, INC. AND | § | CIVIL ACTION NO. 4:10-cv-1721 |
| TRANSOCEAN DEEPWATER, INC., | § | |
| AS MANAGING OWNER, OWNERS | § | |
| PRO HAC VICE, AND/OR | § | |
| OPERATORS OF THE MODU | § | |
| DEEPWATER HORIZON, IN A | § | |
| CAUSE FOR EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | |

**CLAIMANT SHELLEY ANDERSON'S MOTION IN SUPPORT
OF OTHER CLAIMANTS'S MOTION FOR A DISCOVERY
SCHEDULE AND OPPOSITION TO MOTION TO TRANSFER VENUE**

Claimant[1] Shelley Anderson joins her Co-Claimants's Motion for a Discovery Schedule and her Co-Claimants's Opposition to Petitioners' Motion to Transfer Venue.

Shelley Anderson is the widow of Jason Anderson. They had two children together. Tragically, her husband was aboard the DEEPWATER HORIZON when it exploded in flames on April 20, 2010. His body has not been found, and he is presumed dead. Mr. Anderson provided the economic support to his family. Because of his death, the family needs to expeditiously recover the damages that will allow them to continue to live in their home and put food on their table.

---

[1] Claimant Shelley Anderson's counsel have conferred with Petitioners's Counsel, and Petitioners will not object to her lack of standing to file this Motion.

-1-

## THE NATURE OF THE PROCEEDINGS

Claimants are comprised of family members of those who died in the explosion and workers who were injured aboard the DEEPWATER HORIZON. In response to this tragic incident, the Transocean Petitioners filed a Petition for Limitation of Liability. Doc. #1. The Transocean Petitioners's Petition does not encompass claims under the Oil Pollution Act of 1990. Doc. #59. Moreover, Transocean has conceded that the economic loss claims by fishermen, landowners, and the affected States are not at issue here. In other words, the Transocean Petitioners seek only to limit their liability to the 126 crew members who have been most directly affected by the explosion. As a consequence, the class of claimants is finite and easily identified.

## REQUEST FOR EXPEDITED DISCOVERY

Petitioners have the burden to show lack of privity or knowledge of the events giving rise to the explosion to prevail in this proceeding. Claimant Shelley Anderson believes that a handful of depositions will prove that Petitioners did have privity or knowledge of the events causing the explosion. Rather than delaying depositions for months, the depositions should proceed quickly before memories fade and evidence is lost. Claimant Shelley Anderson joins her Co-Claimants's Motion to Take the Depositions of the Witnesses identified in the motion.

Accordingly, Claimant Shelley Anderson requests expedited leave to conduct depositions of Transocean representatives.

## OPPOSITION TO MOTION TO TRANSFER

As the Court knows, the DEEPWATER HORIZON exploded on April 20, 2010. Eleven crew members were killed, and dozens of others were injured. None of the large corporations responsible for this horrific event has its principal place of business in Louisiana. Instead, these companies are all based in the Southern District of Texas. Moreover, several of the crew members are Texas residents. As a consequence of their Texas residence, many of the crew members have filed claims in Texas state courts that are located within this District, *i.e.*, Harris County, and Galveston County. Obviously, the wrongful death beneficiaries and personal injury plaintiffs view this forum as a convenient venue to litigate their claims. Their viewpoint is bolstered by the fact that Transocean, BP,[2] Haliburton, and Cameron are based here, the key witnesses are expected to reside here, and most of the relevant documents are believed to be located here.

Claimant Shelley Anderson resides in Matagorda County, Texas with her children. She joins her Co-Claimants in opposing any transfer of venue of this proceeding.

## PRAYER

Claimant Shelly Anderson respectfully requests that the Court grants this motion, and order expedited depositions and discovery, and deny Petitioners' Motion to Transfer Venue.

---

[2] BP is a foreign based corporation. However, its principal place of business in the United States is located at 501 Westlake Park Boulevard, Houston, Texas 77079 – a short drive from the federal courthouse.

Respectfully submitted,

**LAW OFFICE OF ERNEST H. CANNON**

By: *  //Ernest H. Cannon//
**ERNEST H. CANNON**
Texas Bar No.03746000
P.O. Box 1193
505 N. Graham St.
Stephenville, Texas  76401
hotshotcannon@yahoo.com
(254) 918-1006
(254) 918-2005 (fax)

*signed by permission by John W. Stevenson, Jr.

**THE LANIER LAW FIRM**

By: *  //W. Mark Lanier//
**W. MARK LANIER**
Texas Bar No.11934600
6810 FM 1960 West
Houston, Texas  77069
jrm@lanierlawfirm.com
(713) 659-5200
(713) 659-2204 (fax)

*signed by permission by John W. Stevenson, Jr.

**STEVENSON & MURRAY**

By:    *//John W. Stevenson, Jr.//*
      **JOHN W. STEVENSON, JR.**
      Texas Bar No. 19196050
      Fed I.D.  3992
      24 Greenway Plaza, Suite 750
      Houston, Texas  77046-2416
      jstevenson@johnstevensonlaw.com
      (713) 622-3223
      (713) 622-3224 (fax)

      **ATTORNEYS FOR CLAIMANT**
      **SHELLEY ANDERSON**

## CERTIFICATE OF SERVICE

The hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on this 1st day of June, 2010.

                                                *//John W. Stevenson, Jr.//*
                                                **JOHN W. STEVENSON, JR.**