| ℀AO 435 (Rev. 03/08) | Administrative Office of the United States Courts  TRANSCRIPT ORDER | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | | |

| 1. NAME  KENNETH H. HOOKS, III | 2. PHONE NUMBER  225-756-0222 | 3. DATE  6/2/10 |
|---|---|---|
| 4. MAILING ADDRESS  445 NORTH BOULEVARD, SUITE 850 | 5. CITY  BATON ROUGE | 6. STATE  LA | 7. ZIP CODE  70801 |

| 8. CASE NUMBER  4:10CV01721 | 9. JUDGE  ELLISON | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 5/25/10 | 11. TO 5/25/10 |
| 12. CASE NAME  TRITON ASSET LEASING GmbH et al | | LOCATION OF PROCEEDINGS |
| | | 13. CITY HOUSTON | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

United States District Court
Southern District of Texas
FILED
JUN 0 2 2010
David J. Bradley, Clerk of Court

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)  STATUS CONFERENCE | 5/25/10 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE

19. DATE  6/2/10

- [ ] EMAIL ONLY REQUIRED
- [x] EMAIL AND HARD COPY REQUIRED
- [ ] EMAIL ADDRESS:  KENNY@DODSONHOOKS.COM

20. TRANSCRIPT TO BE PREPARED BY  FRED WARNER

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY