| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re Complaint and Petition Of Triton Asset Leasing, GmbH, et al ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Lanny R. Zatzkis<br>Zatzkis, McCarthy & Associates, LLC<br>650 Poydras Street, Suite 2750<br>New Orleans, La. 70130<br>(504) 523-2266<br>Licensed: Louisiana 13781<br>Eastern District of Louisiana 13781 |
|---|---|
| Seeks to appear for this party: | Charles Schmalz, Kevin Black, John B. Canty, IV, Chad Co[...] |
| Dated: 6/1/2010 | Signed: [signature] |

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 6-2-10 | Clerk's signature: Stephanie D. Roewe |

Order

This lawyer is admitted *pro hac vice*.

Dated: 2 June 2010

_____
United States District Judge