UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re Complaint and Petition Of Triton Asset Leasing, GmbH, et al ||||
| *versus* ||||
| ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Karen D. McCarthy<br>Zatzkis, McCarthy & Associates, LLC<br>650 Poydras Street, Suite 2750<br>New Orleans, La. 70130<br>(504) 523-2266   504-593-9921 (fax)<br>Licensed: Louisiana 14193<br>Eastern District of Louisiana 14193 |
| Seeks to appear for this party: | Charles Schmalz, Kevin Black, John B. Canty, IV, Chad Co |
| Dated: 6/1/2010 | Signed: /s/ |

| | |
|---|---|
| The state bar reports that the applicant's status is: | Active |
| Dated: 6-2-10 | Clerk's signature: Stephanie D Loewe |

**Order**

Dated: 2 June 2010

This lawyer is admitted *pro hac vice*.

_____
United States District Judge