| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jay M. Kilpatrick<br>YoungWilliams P.A.<br>210 E. Capitol, Ste. 2000<br>Jackson, MS 39201<br>(601) 948.6100<br>MS/100136 AL/ASB-7995-A47K<br>So. District of MS/100136 |
|---|---|
| Seeks to appear for this party: | Rhonda Burkeen<br>Jay.Kilpatrick@youngwilliams.com<br>fax 601-355-6136 |
| Dated: 5/25/10 | Signed: |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 6-2-10 | Clerk's signature: Stephanie D Loewe |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 2 June 2010

United States District Judge