# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

John W deGravelles
deGravelles Palmintier & Holthaus
628 St Louis St
Baton Rouge LA 70802

United States District Court
Southern District of Texas
FILED

JUN 0 1 2010

David J. Bradley, Clerk of Court

Case: 4:10-cv-01721   Instrument: 55   (1 pages)   aty
Date: May 25, 2010
Control: 100532331
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

JUN - 1 2010

David J. Bradley, Clerk of Court

Hasler

012H6202949
05/25/2010
$00.440
Mailed From 77002
US POSTAGE

NIXIE      708     DE  1           00   05/28/10
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 7720810101010           *0233-04354-25-37