| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-CV-01721 |
|---|---|---|---|
| In re the Complaint and Petition of Triton Asset ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | RANDOLPH W. HUNTER<br>deGravelles, Palmintier, Holthaus<br>& Frugé, L.L.P.<br>618 Main Street<br>Baton Rouge, Louisiana 70801-1910<br>225/344-3735 / Fax: 225/336-1146<br>ndegravelles@dphf-law.com<br>Louisiana Bar Roll #7084 |
|---|---|
| Seeks to appear for this party: | Michelle M. Jones, individually and as personal representative of her minor son, Stafford Hess Jones |
| Dated: 6/2/10 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6-3-2010 | Clerk's signature: Stephani D. Foave |

Order

Dated: 3 June 2010

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge