IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION § | | |
| OF TRITON ASSET LEASING GmbH, § | C.A. NO. 4:10-CV-1721 | |
| TRANSOCEAN HOLDINGS LLC, § | | |
| TRANSOCEAN OFFSHORE DEEPWATER § | | |
| DRILLING, INC., AND TRANSOCEAN § | | |
| DEEPWATER, INC., AS OWNER, § | | |
| MANAGING OWNER, OWNERS PRO-HAC § | | |
| VICE, AND/OR OPERATORS OF THE § | | |
| MODU DEEPWATER HORIZON, IN A § | | |
| CAUSE FOR EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | ADMIRALTY 9(h) | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

The following attorney gives Notice of his Appearance in the above entitled and numbered suit as an attorney for Claimants Joshua Kritzer; Nickalus Watson; William P. Johnson; Heath Lambert; Coby Richard; Dustin Johnson; Brett Guillory; Stenson Roarke; Denise Arnold, mother of Shane Roshto; Jacquelyn Duncan; Cathleena Willis; Frank Ireland; Darren Costello; Carl Taylor; and Rhonda Burkeen, individually, and as personal representative for the Estate of Aaron Dale Burkeen and on behalf of all heirs (including AB and TB (minor children)).

Robert P. Wynne
State Bar No. 24060861
Arnold & Itkin LLP
1401 McKinney, Suite 2550
Houston, Texas  77010
(713) 222-3800 - telephone
(713) 222-3850 - facsimile

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Robert P. Wynne*
_____
Robert P. Wynne
State Bar No. 24060861
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:   (713) 222-3800
Facsimile:    (713) 222-3850

**ATTORNEYS FOR CLAIMANTS**

OF COUNSEL:
Kurt B. Arnold
State Bar No. 24036150
Jason Itkin
State Bar No. 24032461
Cory Itkin
State Bar No. 24050808
Paul Skrabanek
State Bar No. 24063005
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:   (713) 222-3800
Facsimile:    (713) 222-3850

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 4th day of June, 2010.

*/s/ Robert P. Wynne*
_____
Robert P. Wynne