UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-CV-01721 |
|---|---|---|---|
| In re: Complaint and Petition of Triton Asset Leasing, GmbH, et al ||||
| *versus* ||||
| ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Yvette A. D'Aunoy<br>Zatzkis McCarthy & Associates, L.L.C.<br>650 Poydras Street Suite 2750<br>New Orleans, LA 70130<br>(504)523-2266<br>Louisiana 22761<br>Eastern District of Louisiana 22761 |
| Seeks to appear for this party: | Charles Schmalz, Kevin Black, John Canty, IV, et al |
| Dated: 6/4/2010 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: | Active |
| Dated: 5-7-10 | Clerk's signature: Stephanie D Logue |

Order

Dated: 7 June 2010

This lawyer is admitted *pro hac vice*.

_____
United States District Judge