| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Sharon Shutler | 2. PHONE NUMBER 202-616-4100 | 3. DATE 06/04/2010 |
|---|---|---|
| 4. MAILING ADDRESS 1425 New York Avenue Suite 10100 | 5. CITY Washington | 6. STATE DC / 7. ZIP CODE 20005 |

| 8. CASE NUMBER 4:10-cv-1721 | 9. JUDGE Ellison | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 5/25/2010   11. TO 5/25/2010 |
| 12. CASE NAME Triton Asset Leasing GmbH, et al. | | LOCATION OF PROCEEDINGS |
| | | 13. CITY Houston   14. STATE TX |

15. ORDER FOR:
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Status Conference | 05/25/2010 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

United States District Court
Southern District of Texas
FILED
JUN 07 2010
David J. Bradley, Clerk of Court

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL $36.90

18. SIGNATURE: [signed] /for Sharon Shutler
19. DATE: 6.4.2010

[x] EMAIL ONLY REQUIRED
[ ] EMAIL AND HARD COPY REQUIRED
EMAIL ADDRESS: sharon.shutler@usdoj.gov

20. TRANSCRIPT TO BE PREPARED BY Fred Warner

COURT ADDRESS:

| | DATE | |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY