United States District Court
Southern District of Texas
FILED

JUN 1 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In re Triton Asset Leasing, GmbH, et al. ||||
| *versus* ||||
| N/A ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jesse Mitchell, III<br>McCraney Montagnet & Quin, PLLC<br>602 Steed Road, Suite 200<br>Ridgeland, MS 39157<br>(601) 707-5725<br>Mississippi Bar No.: 103020<br>U.S. District Court, Southern District of MS |
|---|---|
| Seeks to appear for this party: | Monica C. Montagnet |
| Dated: 5-25-10 | Signed: |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6/2/10 | Clerk's signature: Ebonee Mathis |

Order

This lawyer is admitted *pro hac vice*.

Dated: 7 June 2010

United States District Judge