| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Bankruptcy Court
Southern District of Texas
FILED
JUN 0 8 2010
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | James Parkerson Roy<br>Domengeaux Wright Roy & Edwards, LLC<br>556 Jefferson Street<br>Lafayette, LA  70501<br>(337)233-3033<br>Louisiana Bar No. 11511 |
|---|---|
| Seeks to appear for this party: | Troy Wetzel, et al |
| Dated:   6/7/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 6/9/10    Clerk's signature: *[signature]* |

| Order |  This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____           _____
                                United States District Judge

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *JAMES PARKERSON ROY, ESQ., #11511*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 1st Day of October, 1976 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 28th Day of May, 2010, A.D.

Clerk of Court
Supreme Court of Louisiana