| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Bankruptcy Court
Southern District of Texas
FILED
JUN 0 8 2010
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-01721 |
|---|---|---|---|
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | James Parkerson Roy<br>Domengeaux Wright Roy & Edwards, LLC<br>556 Jefferson Street<br>Lafayette, LA 70501<br>(337)233-3033<br>Louisiana Bar No. 11511 |
|---|---|
| Seeks to appear for this party: | Troy Wetzel, et al |
| Dated:   6/7/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6/9/10 | Clerk's signature: *[signature]* |

| Order |
|---|

Dated: 10 June 2010

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge