UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

                        Plaintiff,

v.                                       Case No.: 4:10–cv–01721

                                            Judge Keith P Ellison

All Claimants

                        Defendant.

TYPE OF CASE:            Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/29/10

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Protective Order – #135

Date:   June 21, 2010

                                                                              David Bradley, Clerk