IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § | C.A. NO. 4:10-cv-01721<br><br><br><br><br>Fed. R. Civ. P. 9(h)<br><br><br><br><br>IN ADMIRALTY |

**PETITIONERS' MOTION FOR EMERGENCY HEARING ON
MOTION FOR PROTECTIVE ORDER AND/OR RELIEF FROM SUBPOENA**

TO:   THE HON. KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE

COME NOW, PETITIONERS, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., filing this, their Motion for Emergency Hearing on Motion for Protective Order and/or Relief from Subpoena, and further thereto would respectfully show the Court as follows:

I.

**PROCEDURAL HISTORY**

1. This matter arises out of a limitation of liability complaint filed by Petitioners under 46 U.S.C. § 30501, *et seq.*, arising out the April 20, 2010, casualty involving the DEEPWATER HORIZON.

2. On June 16, 2010, the Marine Board of Investigation convened to investigate the above-referenced casualty issued a subpoena to Petitioners requiring the delivery of certain salvaged pieces of debris, equipment and/or appurtenances of the DEEPWATER HORIZON to the United States Coast Guard. **[Rec. Doc. No. 135-1, Exhibit 1]**.

3. On June 18, 2010, Petitioners filed their Motion for Protective Order and/or Relief from Subpoena, along with their Memorandum in support of the same, in this Limitation Action. **[Rec. Doc. No. 135; 135-1]**. Petitioners filed their Amended Memorandum in Support of their Motion for Protective Order and/or Relief from Subpoena on June 21, 2010. **[Rec. Doc. No. 136]**. The Court has set this motion for hearing on June 29, 2010, at 1:30 p.m. **[Rec. Doc. No. 137]**.

## II.

## GOOD CAUSE FOR ENERGENCY HEARING

4. In the interim since filing their Motion for Protective Order and/or Relief from Subpoena, Petitioners' counsel has engaged in extended discussions and negotiations with LCDR Jeffrey R. Bray of the United States Coast Guard in an attempt to resolve this matter without the Court's intervention. Despite these efforts, the parties have been unable to reach agreement on the disposition of the items that are the subject of the Marine Investigation Board's subpoena. Petitioners, therefore, request an emergency hearing before the Court to determine the ultimate disposition of these items, because (i) some of the items are already in the possession, custody, and control of Petitioners and/or their agents, (ii) the salvage and recovery of the 50' section of lower marine riser referenced in the Marine Investigation Board's subpoena is imminent, and (iii) the terms of the Marine Investigation Board's subpoena will require Petitioners to take actions that are contrary to their already-existing duties under prior-issued and competing directives and protective orders for the collection and preservation of potentially relevant evidence related to the April 20, 2010, casualty.

### III.

### CONFERENCE REQUIREMENT STALLED BY NON-RESPONSIVENESS

5. Despite Petitioners' counsel's numerous communications with LCDR Jeffrey R. Bray of the United States Coast Guard concerning the subject matter of Petitioners' Motion for Protective Order and/or Relief from Subpoena, that avenue of contact has now gone silent. Given that salvage and recovery efforts for the of the 50' section of lower marine riser referenced in the Marine Investigation Board's subpoena are presently underway, Petitioners are concerned that United States Coast Guard personnel will attempt to take possession and custody (or will take possession and custody) of the item before the Court's June 29, 2010, hearing, and thereby accomplish by *fait accompli* what it appears through its unresponsiveness that it is unwilling to pursue before this Court.

6. Given the Government's continued silence, and the imminent salvage and recovery of the 50' section of lower marine riser referenced in the Marine Investigation Board's subpoena, Petitioners' respectfully request that the Court set an emergency hearing on Petitioners' Motion for Protective Order and/or Relief from Subpoena at the Court's earliest convenience.

### III.

### CONCLUSION & PRAYER

7. WHEREFORE, PREMISES CONSIDERED, Petitioners pray that the Court conduct an emergency hearing on Petitioners' Motion for Protective Order and/or Relief from Subpoena, and that Petitioners have such other and further relief, both at admiralty and in equity, to which they may show themselves to be justly entitled.

Respectfully submitted:

By: /s/ Frank A. Piccolo
FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 – Telephone
(713) 572-9129 – Facsimile

**ATTORNEY-IN-CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

**OF COUNSEL:**

EDWARD F. KOHNKE, IV
*Pro Hac Vice* Admission Requested
LBN: 07824
nkohnke@preisroy.com
EDWIN G. PREIS, JR.
TBN: 24029069
SDBN: 16834
epreis@preisroy.com
RICHARD J. HYMEL
*Pro-Hac Vice* Admission requested
TBN: 24038190
CARL J. HEBERT
LBN: 06724
SDBN: 15985
PREIS & ROY, APLC
102 Versailles Blvd., Suite 400
Lafayette, Louisiana 70509
(377) 237-6062 – Telephone
(377) 237-9129 – Facsimile

INNES MACKILLOP
TBN# 12761800
SDTX # 444
WHITE MACKILLOP & GALLANT P.C.
2200 West Loop South, Suite 1000
Houston, TX 77027
(713) 599-0211
(713) 599-1355
imackillop@wmglegal.com

JOHN M. ELSLEY
TSB: 06591950
SDBN: 2828
Royston, Rayzor, Vickery & Williams L.L.P.
711 Louisiana Street, Suite 500
Houston TX 77002
(713)224-8380
(713)225-9945-facsimile
john.elsley@roystonlaw.com

GEORGE M. GILLY
LBN:6234
SDTX ID No. 16885
gillyg@phelps.com
EVANS MARTIN MCLEOD
LBN:24846
SDTX Admitted *Pro Hac Vice*
mcleodm@phelps.com
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
and
MARC G. MATTHEWS
TBN: 4055921
SDTX ID No. 705809
marc.matthews@phelps.com
700 Louisiana, Suite 2600
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System on this 21st day of June, 2010.

/s/ Frank A. Piccolo
Frank A. Piccolo

[1]