# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States Bankruptcy Court
Southern District of Texas
FILED

JUN 2 1 2010

David J. Bradley, Clerk of Court

Lanny R Zatzkis
Zatzkis & Assoc
700 Camp Street
2nd Fl
New Orleans LA 70130

---

Case: 4:10-cv-01721   Instrument: 131   (6 pages)   aty
Date: Jun 14, 2010
Control: 100627874
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (_____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (_____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

