| AO 435 (Rev. 03/08) *Please Read Instructions:* | Administrative Office of the United States Courts TRANSCRIPT ORDER 63253 | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME Wendolyn Fuselier | 2. PHONE NUMBER 713-650-8805 | 3. DATE 06/21/2010 | |
|---|---|---|---|
| 4. MAILING ADDRESS 1100 Louisiana, Suite 5300 | 5. CITY Houston | 6. STATE TX | 7. ZIP CODE 77002 |
| 8. CASE NUMBER 4:2010-CV-01721 | 9. JUDGE Keith Ellison | DATES OF PROCEEDINGS 10. FROM 05/25/2010 | 11. TO 05/25/2010 |
| 12. CASE NAME Triton Asset Leasing GmbH et al | | LOCATION OF PROCEEDINGS 13. CITY Houston | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  **All Portions**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | United States Bankruptcy Court Southern District of Texas FILED JUN 22 2010 David J. Bradley, Clerk of Court |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☒ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  $61.50

18. SIGNATURE  Wendolyn D. Fuselier

- [ ] EMAIL ONLY REQUIRED
- [x] EMAIL AND HARD COPY REQUIRED
- [ ] EMAIL ADDRESS: wfuselier@gibbsbruns.com

19. DATE 06/21/2010

20. TRANSCRIPT TO BE PREPARED BY  Fred Warner

COURT ADDRESS

| ORDER RECEIVED | DATE 6-22-10 | BY JS | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID #135238 | $61.50 |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

*notified*