UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

            Plaintiff,

v.                Case No.: 4:10–cv–01721
                 Judge Keith P Ellison

All Claimants

            Defendant.

TYPE OF CASE:      Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/23/10

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference
Motion for Hearing – #141

Date:  June 22, 2010

                          David Bradley, Clerk