| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Bankruptcy Cou
Southern District of Texas
FILED

JUN 1 8 2010

David J. Bradley, Clerk of Cou

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:10-CV-1721 |
|---|---|---|---|
| In Re The Complaint of Triton Asset Leasing GmbH, et al. ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Irving J. Warshauer<br>Gainsburgh, Benjamin, et al.<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, Louisiana 70163<br>(504) 522-2304<br>Louisiana; Bar No. 13252<br>Eastern District of Louisiana; Bar No. 13252 |
|---|---|
| Seeks to appear for this party: | Doug Crawford |
| Dated: 6/14/10 | Signed: Irving J. Warshauer |

| The state bar reports that the applicant's status is: ADMITTED ||
|---|---|
| Dated: 6/18/10 | Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge