# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Steven L Nicholas
Cunningham Bounds LLC
1601 Dauphin St
Mobile AL US 36660

United States Bankruptcy Court
Southern District of Texas
FILED

JUN 2 3 2010

David J. Bradley, Clerk of Court

Case: 4:10-cv-01721   Instrument: 131   (6 pages)   aty
Date: Jun 14, 2010
Control: 100624492
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____
Name: _____
State Bar Number: _____
Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____
Suite: _____
Street or P.O. Box: _____
City, State & Zip: _____
Business Telephone: (____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

012H1620849
Hasler
Mailed From 77002
06/14/2010
$00.61⁰
US POSTAGE

U.S. District Courts
Southern District of Texas
FILED
JUN 23 2010
David J. Bradley, Clerk of Court

NIXIE        325   DE 1         00   06/21/10
            RETURN TO SENDER
            INSUFFICIENT ADDRESS
            UNABLE TO FORWARD

BC: 77208101010        *1107-02013-10-23