UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re Complaint and Petition of TRITON ASSET LEASING, GmbH, et al. § § § § § § | Civil Action No. 4:10-cv-01721<br><br>Relates to the following USDC-EDLA Civil Action:  No. 10-cv-01767 |

**JOINDER OF DECATUR HOTELS, L.L.C., *ET AL*. IN OPPOSED
MOTION TO DISMISS AND/OR, ALTERNATIVELY, TRANSFER**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 10(c), Decatur Hotels, L.L.C.; Imperial Partners, LLC; Commodore, L.L.C.; Cotton Exchange Hotel, L.L.C.; and St. James Hotel, L.L.C. (collectively "Plaintiffs"), plaintiffs in Civil Action No. 10-cv-01767 currently pending in the United States District Court for the Eastern District of Louisiana, hereby join in and adopt, by reference, the Opposed Motion to Dismiss and/or, Alternatively, Transfer filed by Ray Vath, Louisiana Environmental Action Network, Inc, Charles Robin, III and Lisa Robin, and George Barisich, individually and as president and on behalf of the United Commercial Fisherman's Association, Inc., on May 19, 2010 [Rec. Doc. 31] and all accompanying pleadings, including, but not limited to, the Memorandum of Law in support of the motion [Rec. Doc. 32].  Plaintiffs also hereby join in and adopt, by reference, the Opposed Motion of the United States, Appearing Specially and Not Generally, to Lift or Modify the Court's Amended Monition as to Certain Claims and Causes of Action filed by the United States on June 1, 2010 [Rec. Doc. 88] and all accompanying pleadings, including, but not limited to, the Memorandum of Law in support of the motion [Rec. Doc. 89].

1

        Respectfully submitted,

        /s/ James M. Garner
        **JAMES M. GARNER (TX Bar # 00792312;**
            **Fed. Bar # 13895)**
        Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
        909 Poydras Street, 28th Floor
        New Orleans, Louisiana 70112-1033
        Telephone:   (504) 299-2100
        Facsimile:    (504) 299-2300

        *Attorney-in-Charge for Decatur Hotels, L.L.C.; Imperial Partners, LLC; Commodore, L.L.C.; Cotton Exchange Hotel, L.L.C.; and St. James Hotel, L.L.C.*

OF COUNSEL:

**PETER L. HILBERT, JR. (# 6875)**
**JOSHUA S. FORCE (TX Bar # 07226520)**
**EMMA ELIZABETH ANTIN DASCHBACH (# 27358)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:   (504) 299-2100
Facsimile:    (504) 299-2300

**GLADSTONE N. JONES, III (# 22221)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT, III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone:   (504) 523-2500
Facsimile:    (504) 523-2508

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF system on June 24, 2010, which caused an electronic copy of same to be served automatically upon counsel of record.

        /s/ James M. Garner
        JAMES M. GARNER