63325

| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | DUE DATE |

| 1. NAME Wendolyn Fuseller | 2. PHONE NUMBER 713-650-8805 | 3. DATE 06/24/2010 |
|---|---|---|
| 4. MAILING ADDRESS 1100 Louisiana, Suite 5300 | 5. CITY Houston | 6. STATE TX | 7. ZIP CODE 77002 |

| 8. CASE NUMBER 10-CV-1721 | 9. JUDGE Keith Ellison | DATES OF PROCEEDINGS |
|---|---|---|
|  |  | 10. FROM 06/23/2010   11. TO 06/23/2010 |

| 12. CASE NAME Triton Asset Leasing GmbH et al | LOCATION OF PROCEEDINGS |
|---|---|
|  | 13. CITY   14. STATE |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  **All Portions**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING (Spcy) |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☐ OTHER (Specify) |  |
| ☐ SENTENCING |  |  |  |
| ☐ BAIL HEARING |  |  |  |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |  |  |
| 14-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES |  |  |
| DAILY | ☐ | ● | NO. OF COPIES |  |  |
| HOURLY | ☐ | ☐ | NO. OF COPIES |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

United States Bankruptcy Court
Southern District of Texas
FILED
JUN 2 8 2010
David J. Bradley, Clerk of Court

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  Wendolyn D. Fusel

19. DATE  6/24/2010

- [ ] EMAIL ONLY REQUIRED
- [x] EMAIL AND HARD COPY REQUIRED

EMAIL ADDRESS: wfuselier@gibbsbruns.com

20. TRANSCRIPT TO BE PREPARED BY  Bruce Slavin

COURT ADDRESS:

| ORDER RECEIVED | DATE 6-28-10 | BY JS |
|---|---|---|
| DEPOSIT PAID |  |  |
| TRANSCRIPT ORDERED |  |  |
| TRANSCRIPT RECEIVED |  |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  |
| PARTY RECEIVED TRANSCRIPT |  |  |

| DEPOSIT PAID |  |
| TOTAL CHARGES |  |
| LESS DEPOSIT |  |
| TOTAL REFUNDED |  |
| TOTAL DUE |  |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

notified