| | | |
|---|---|---|
| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |

*Please Read Instructions:*

| 1. NAME  John M. Elsley | 2. PHONE NUMBER  713-224-8380 | 3. DATE  June 28, 2010 |
|---|---|---|
| 4. MAILING ADDRESS  711 Louisiana St., Ste. 500 | 5. CITY  Houston | 6. STATE  TX / 7. ZIP CODE  77002 |
| 8. CASE NUMBER  4:10-cv-01721 | 9. JUDGE  Ellison | DATES OF PROCEEDINGS  10. FROM 6/23/10  11. TO 6/23/10 |
| 12. CASE NAME  Triton Asset Leasing GmBH et al | 13. CITY  Houston | LOCATION OF PROCEEDINGS  14. STATE  TX |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

United States District Court
Southern District of Texas
FILED
JUN 28 2010
David J. Bradley, Clerk of Court

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)  Status Conf. | 6/23/10 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE  /s/

☐ EMAIL ONLY REQUIRED
☒ EMAIL AND HARD COPY REQUIRED

19. DATE  6/28/10

☐ EMAIL ADDRESS:  John.Elsley@roystonlaw.com

**20. TRANSCRIPT TO BE PREPARED BY**  Bruce Slavin

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY