UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

v.                                                    Case No.: 4:10–cv–01721
                                                      Judge Keith P Ellison

                    Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/28/10

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   June 29, 2010

                                                      David Bradley, Clerk