UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., and TRANSOCEAN DEEPWATER INC., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of MODU DEEPWATER HORIZON, in a cause for exoneration from or limitation of liability | § § § § § § § § § § § CIVIL ACTION NO. 4:10-cv-1721<br><br>In Admiralty |

## ORDER

The Court has received notice of BP Exploration & Production Inc.'s ("BPXP") request to the Marine Board of Investigation ("MBI") for supplemental inspection of the riser. The Court understands that this request involves making certain cuts in the riser section. The Court hereby orders that it be provided with notice as soon as the MBI renders its decision as to BPXP's request. The Court should be notified via email, sent to both the Court's Case Manager and the Law Clerk of record. The parties should also attempt to reach these chambers by telephone.

IT IS SO ORDERED.

SIGNED this 29th day of June, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE