| ◎AO 435<br>(Rev. 03/08)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br><br>TRANSCRIPT ORDER | | FOR COURT USE ONLY<br><br>DUE DATE: |  |
|---|---|---|---|---|
| 1. NAME<br>R. Michael Underhill | | 2. PHONE NUMBER<br>(415) 436-6648 | 3. DATE<br>06/29/2010 | |
| 4. MAILING ADDRESS<br>450 Golden Gate Avenue., P.O. Box 36028 | | 5. CITY<br>San Francisco | 6. STATE<br>CA | 7. ZIP CODE<br>94102 |
| 8. CASE NUMBER<br>4:10-CV-01721 | 9. JUDGE<br>Ellison | DATES OF PROCEEDINGS | | |
| | | 10. FROM 06/23/2010 | 11. TO 06/23/2010 | |
| 12. CASE NAME<br>Triton Asset Leasing GmbH et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Houston | 14. STATE TX | |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Status Conference | 06/23/2010 |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
FILED
JUN 30 2010
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE [signature]

19. DATE
06/29/2010

ESTIMATE TOTAL

☐ EMAIL ONLY REQUIRED
☒ EMAIL AND HARD COPY REQUIRED

☐ EMAIL ADDRESS:
mike.underhill@usdoj.gov

20. TRANSCRIPT TO BE PREPARED BY

Bruce Slavin

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY