UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

                         Plaintiff,

v.                                       Case No.: 4:10–cv–01721

                                                  Judge Keith P Ellison

All Claimants

                         Defendant.

TYPE OF CASE:           Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/30/10

**TIME:** 04:30 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing
Notice (Other) – #163

Date:   June 30, 2010

                                                                           David Bradley, Clerk