UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Triton Asset Leasing GmbH, et al.

v.                                                      Case No.: 4:10–cv–01721
                                                        Judge Keith P Ellison

                        Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/3/10

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Miscellaneous Relief – #80
Motion for Miscellaneous Relief – #157
Motion for Miscellaneous Relief – #158
Motion for Judgment – #171
Motion to Dismiss – #178
Motion to Modify – #178
Motion to Lift Stay – #178

Date:   July 12, 2010

                                                        David Bradley, Clerk