UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., and TRANSOCEAN DEEPWATER INC., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of MODU DEEPWATER HORIZON, in a cause for exoneration from or limitation of liability | § § § § § § § § § § § CIVIL ACTION NO. 4:10-cv-1721<br><br>In Admiralty |

## ORDER

Pending before the Court is the Motion to Consolidate (Doc. No. 177). In the Motion, certain claimants seek to consolidate in this Court a case now pending before the Honorable Sim Lake in the Southern District of Texas. There is a motion for remand and a motion to transfer venue currently pending in the action before Judge Lake. Moreover, the Judicial Panel for Multidistrict Litigation ("JPML") has not yet made a decision as to the most appropriate venue for most or all of the oil spill-related litigation to be heard. Accordingly, the Court finds that a decision as to the merits of this Motion would be premature. Therefore, the Court **DENIES** the Motion **WITHOUT PREJUDICE** to refiling after Judge Lake and the JPML have rendered decisions as to proper venue and forum.

IT IS SO ORDERED.

SIGNED this 20th day of July, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE