UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., and TRANSOCEAN DEEPWATER INC., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of MODU DEEPWATER HORIZON, in a cause for exoneration from or limitation of liability | § § § § § § § § § § § CIVIL ACTION NO. 4:10-cv-1721<br><br>In Admiralty |

## ORDER

In light of the decision recently released by the Judicial Panel on Multi-District Litigation ("JPML"), the hearing currently scheduled for Thursday, August 12, 2010 at 11:00 am is hereby **VACATED**.

**IT IS SO ORDERED.**

SIGNED this 10th day of August, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE