UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., and TRANSOCEAN DEEPWATER INC., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of MODU DEEPWATER HORIZON, in a cause for exoneration from or limitation of liability | § § § § § § § § § § § CIVIL ACTION NO. 4:10-cv-1721<br><br>In Admiralty |

## ORDER

Pursuant to Federal Rule of Civil Procedure Supplemental Rule F(9), and in the interests of efficiency and justice, the Court hereby **TRANSFERS** this limitation action to the Honorable Carl J. Barbier of the Eastern District of Louisiana.

**IT IS SO ORDERED.**

SIGNED this 16th day of August, 2010.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE