**EXHIBIT "A"**

Michael O'Gwynn

David Robicheaux

Trawler Miss Carly Paige

David J. Haber

Patricia L. Alexander

David Frazier

James P. Frazier

Paul Frazier

Cindy L. Frazier on behalf of Eldridge Frazier

Cindy L. Frazier

Branden Goldman on behalf of Allison Goldman

Miranda Goldman

Linda Goldman

Branden Goldman

Darleen Taylor

Nunmaker Yachts, Inc.

Kevin Jean

Thomas M. Peters

Osprey Charters, LLC