MINUTE ENTRY
WILKINSON, M.J.
JUNE 21, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE OIL SPILL BY THE OIL RIG                          CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                        MDL 2179

Member Case: In re: Triton Asset Leasing;              SECTION "J" (1)
                     Civil Action No. 10-2771 (Wisner
                     Donation Motion for Partial Summary
                     Judgment; Record Doc. No. 5751)


        Pursuant to my previous order, Record Doc. No. 6670, a status conference by

telephone was conducted today in this matter. Participating were Robert Wiygul,

representing the Edward Wisner Donation; Steve Herman, plaintiffs' liaison counsel;

Shannon Holtzman and Greg Johnson, representing BP.

        Counsel reported that a settlement has been reached that will resolve the issues

raised in the referenced, referred motion for partial summary judgment, Record Doc. No.

5751.  The parties' written settlement agreement is currently being circulated for all

necessary signatures and will be submitted to the court upon execution for review and

approval, together with a joint motion to dismiss the pending motion without prejudice.


**MJSTAR:  0 : 20**

The Clerk is hereby directed to file and docket this order in the records of both MDL

2179 <u>and</u> the individual member case, C.A. No. 10-2771.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**