UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>; Civil Action No. 10-2771 (Wisner Donation MPSJ; Record Doc. No. 5751) | SECTION "J" (1) |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Wisner Donation Motion for Partial Summary Judgment, Record Doc. No. 5751

O R D E R E D:

 XXX : DISMISSED WITHOUT PREJUDICE AS MOOT: During the conference conducted before me on June 21, 2012, counsel advised the court that a settlement has been reached that will resolve the issues raised in the referenced motion. Record Doc. No. 6730 in MDL 2179 and 478 in C.A. No. 10-2771. Despite their representations that they would submit a written settlement agreement to the court, together with a joint motion and order to dismiss the motion as moot, they have not timely done so. Accordingly,

**IT IS ORDERED** that the Wisner Donation Motion for Partial Summary Judgment, Record Doc. No. 5751, is hereby dismissed without prejudice as moot. The motion may be refiled at any time if the settlement is not consummated. The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 10-2771.

New Orleans, Louisiana, this   16th   day of August, 2012.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE